■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELAH WELLS, Appellant. [851 NYS2d 352]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered January 3, 2007, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a term of 15 years, unanimously modified, on the law, to the extent of amending the sentence and commitment sheet to strike the reference to sentencing as a second felony offender, and otherwise affirmed.

Although the record does not establish that defendant's waiver of the right to appeal was valid, we perceive no basis for

reducing the sentence. The People concede that the commitment sheet should be amended to the extent indicated in order to correct the clerical error stating that defendant was sentenced as a second felony offender. Concur—Lippman, P.J., Tom, Nardelli, Catterson and Moskowitz, JJ.